IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:     Stephen Demetrous Robinson, Debtor      Case No. 25-00841-JAW
                                                   CHAPTER 13

**MOTION TO EXTEND DEADLINE**
**TO FILE CHAPTER 13 SCHEDULES**

COMES NOW the debtor by and through their attorney, and files this Motion to Extend Time to File Chapter 13 Schedules and would respectfully show the following:

That the debtor filed their Chapter 13 Petition on 03/31/2025.

That the schedules are due 4/14/2025.

That the debtor needs additional time to complete their schedules.

That the debtor requests until 4/28/2025 to file their schedules.

Respectfully Submitted,

By: /s/ Jennifer A Curry Calvillo
    Thomas C. Rollins, Jr. (MSBN 103469)
    Jennifer A Curry Calvillo (MSBN 104367)
    The Rollins Law Firm, PLLC
    P.O. Box 13767
    Jackson, MS 39236
    601-500- 5533

CERTIFICATE OF SERVICE

I, Jennifer A Curry Calvillo, do hereby certify that I have this day electronically filed with the Court, a true and correct copy of the above and foregoing Motion on this date, April 14, 2025. All interested parties will receive CM/ECF from the Court.

/s/ Jennifer A Curry Calvillo
Jennifer A Curry Calvillo