United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00841-JAW
Stephen Demetrous Robinson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
|---|---|---|
| Date Rcvd: Apr 15, 2025 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 17, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephen Demetrous Robinson, 1641 Suzanna Dr, Raymond, MS 39154-7677 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 17, 2025  Signature:  /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First BostonMortgage Securities Corp., logsecf@logs.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Stephen Demetrous Robinson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Stephen Demetrous Robinson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

_____



                    **SO ORDERED,**

*Jamie A. Wilson* (signature)

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: April 15, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____


IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

IN RE:      Stephen Demetrous Robinson, Debtor      Case No. 25-00841-JAW
                                                                                                          CHAPTER 13

## ORDER EXTENDING TIME TO FILE SCHEDULES

      **THIS CAUSE** having come on this day for consideration by the court having considered the Motion to Extend Deadline to File Chapter 13 Schedules (Dkt # 10 ); being fully advised in the premises finds that the Motion is well taken and should be granted.

      **IT IS THEREFORE ORDERED** that the debtor has until 4/28/2025 to file the Chapter 13 Schedules, failing which this case may be dismissed without further notice.

###END OF ORDER###

Agreed by:
/s/ Jennifer A Curry Calvillo
Thomas C. Rollins, Jr. (MSBN 103469)
Jennifer A Curry Calvillo (MSBN 104367)
The Rollins Law Firm, PLLC
P.O. Box 13767
Jackson, MS 39236
601-500- 5533
trollins@therollinsfirm.com