# United States Bankruptcy Court
## Southern District of Mississippi

In re   **Stephen Demetrous Robinson**

Debtor(s)

Case No.   **25-00841**

Chapter   **13**

# VERIFICATION OF CREDITOR MATRIX

The above-named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.

Date:   **April 24, 2025**

**/s/ Stephen Demetrous Robinson**

**Stephen Demetrous Robinson**

Signature of Debtor

```
STEPHEN DEMETROUS ROBINSON    OXYGEN XL
1641 SUZANNA DR               1620 US 22 STE 205D
RAYMOND, MS 39154-7677        UNION, NJ 07083


THOMAS C. ROLLINS, JR.        SEQUIUM ASSET SOLUTION
THE ROLLINS LAW FIRM, PLLC    1130 N CHASE PKWY
P.O. BOX 13767                STE 150
JACKSON, MS 39236             MARIETTA, GA 30067


CAPITAL ONE                   SOUTHERN MANAGEMENT
ATTN: BANKRUPTCY              ATTN: BANKRUPTCY
PO BOX 30285                  PO BOX 149966
SALT LAKE CITY, UT 84130      ORLANDO, FL 32814


COMMUNITY BANK***             TD AUTO FINANCE
PO BOX 59                     ATTN: BANKRUPTCY
FOREST, MS 39074              PO BOX 9223
                             FARMINGTON HILLS, MI 48333


FOCUS RECEIVABLES             US ATTORNEY GENERAL***
1130 NORTHCHASE PKWYSE        US DEPT OF JUSTICE
SUITE 150                     950 PENNSYLVANIA AVENW
MARIETTA, GA 30067            WASHINGTON, DC 20530-0001


IRS***                        WELLS FARGO BANK NA
CENTRALIZED INSOLVENCY        ATTN: BANKRUPTCY
P.O. BOX 7346                 1 HOME CAMPUS
PHILADELPHIA, PA 19101-7346   MAC X2303-01A 3RD FL
                             DES MOINES, IA 50328


IRS***                        WELLS FARGO HOME
C/O US ATTORNEY               ATTN: BANKRUPTCY DEPT
501 EAST COURT ST             PO BOX 10335
STE 4.430                     DES MOINES, IA 50306
JACKSON, MS 39201


MS DEPT OF REVENUE***
BANKRUPTCY SECTION
PO BOX 22808
JACKSON, MS 39225-2808


NEXTGEAR CAPITAL, INC
11799 N COLLEGE AVE
CARMEL, IN 46032
```