## PROCEEDING MEMO — CHAPTER 13 341A MEETING OF CREDITORS

DATE OF MEETING: 05/27/2025          TIME OF MEETING:10:30 AM

IN RE: STEPHEN DEMETROUS ROBINSON          CASE NO: 25-00841- JAW

1. NAME OF ATTORNEY FOR DEBTOR(S): JENNIFER ANN CURRY CALVILLO

2. APPEARANCES:

    ( ) DEBTOR(S)
    (✓) ATTORNEY FOR DEBTOR(S)
    ( ) CREDITORS: _____ *None Present* _____

3. MEETING ADJOURNED:          YES _____          NO ✓

    IF NO:          CASE TO BE DISMISSED
    _____          REASON: _____ *D.F.T.A.* _____
                      i.e., failure to appear or by debtor's motion)

    OR          CASE CONTINUED TO:
                 _____ AT _____
                     (Date)          (Time)

                REASON: _____

NOTES OF PRESIDING OFFICER: _____

TRACK# _14_ , FILE# _____          /s/ Torri Parker Martin
                                        PRESIDING OFFICER

25-00841- JAW