_____



**SO ORDERED,**

*/s/ Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: May 27, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

| | |
|---|---|
| **STEPHEN DEMETROUS ROBINSON,** | **CASE NO. 25-00841-JAW** |
| **DEBTOR.** | **CHAPTER 13** |

To: Stephen Demetrous Robinson
Thomas C. Rollins, Jr., Esq., Counsel for the Debtor
Torri Parker Martin, Trustee

### ORDER TO SHOW CAUSE

YOU ARE HEREBY ORDERED TO APPEAR on, June 23, 2025, at 10:00 AM, in the Thad Cochran U. S. Courthouse, Bankruptcy Courtroom 4C, 501 East Court Street, Jackson, Mississippi, to show cause why the bankruptcy case of Stephen Demetrous Robinson should not be dismissed for failure to attend the Section 341 Meeting scheduled for May 27, 2025, at 10:30 AM, as required by 11 U.S.C. § 343.

##END OF ORDER##