_____

**SO ORDERED,**

*Jamie A. Wilson*

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 23, 2025**

**The Order of the Court is set forth below. The docket reflects the date entered.**
_____

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF MISSISSIPPI

**IN RE:**

**STEPHEN DEMETROUS ROBINSON,**                    **CASE NO. 25-00841-JAW**

**DEBTOR.**                                         **CHAPTER 13**

## ORDER RESOLVING SHOW CAUSE ORDER AND DISMISSING BANKRUPTCY CASE

This matter came before the Court for hearing on June 23, 2025 (the "Show Cause Hearing"), on the Order to Show Cause (the "Show Cause Order") (Dkt. #26) issued to Stephen Demetrous Robinson (the "Debtor") and Thomas Carl Rollins, counsel for the Debtor, and Torri Parker Martin, the Chapter 13 Trustee, in the above-styled bankruptcy case (the "Bankruptcy Case") to appear and show cause why this case should not be dismissed for failure to attend the Section 341 Meeting scheduled for May 27, 2025 at 10:30 AM as required by 11 U.S.C. § 343. The Debtor did not appear at the Show Cause Hearing to respond to the Show Cause Order.

The Debtor filed a voluntary petition for relief pursuant to chapter 13 of the U.S. Bankruptcy Code (the "Petition") (Dkt. #1) on March 31, 2025. On April 25, 2025, the Chapter 13 Trustee filed a Notice of Chapter 13 Bankruptcy Case and Meeting of Creditors. (Dkt. #18). When the Debtor did not appear at the Meeting of Creditors (Dkt. #25), the Court entered the Show Cause

Order on May 27, 2025, and directed the Debtor to appear and show cause why the Bankruptcy Case should not be dismissed for failure to attend the Meeting of Creditors (Dkt. #26).

The Debtor did not appear at the Show Cause Hearing to explain why he did not attend the Meeting of Creditors. Accordingly, the Court finds that the Bankruptcy Case should be dismissed pursuant to the Show Cause Order.

IT IS, THEREFORE, ORDERED that the Bankruptcy Case is dismissed.

**##END OF ORDER##**