United States Bankruptcy Court
Southern District of Mississippi

In re:     Case No. 25-00841-JAW
Stephen Demetrous Robinson     Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0538-3    User: mssbad    Page 1 of 2
Date Rcvd: Jun 23, 2025    Form ID: ntcdsm    Total Noticed: 22

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Stephen Demetrous Robinson, 1641 Suzanna Dr, Raymond, MS 39154-7677 |
| cr | | U.S. Bank National Association, as Trustee for Cre, MAC N9286-01Y, Default Document Processing PO Box 1629, Minneapolis, MN 55440 |
| 5496651 | + | LOGS Legal Group LLP, for U.S. Bank National Association, as, Trustee for Credit Suisse First Boston M, 579 Lakeland East Drive, Suite D, Flowood, MS 39232-9037 |
| 5492336 | + | Oxygen Xl, 1620 US 22 Ste 205D, Union, NJ 07083-3411 |
| 5510777 | + | U.S. Bank National Association, as Trustee for, Credit Suisse First BostonMortgage Secur, Wells Fargo Bank, N.A. MAC N9286-01Y, P.O. Box 1629, Minneapolis, MN 55440-1629 |

TOTAL: 5

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 23 2025 19:51:10 | WELLS FARGO BANK, N.A., MAC N9286-01Y, P.O. Box 1629, Menneapolis, MN 55440-1629 |
| 5492333 | + | EDI: CAPITALONE.COM | Jun 23 2025 23:37:00 | Capital One, Attn: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5502973 | + | Email/Text: lindsay.currie@communitybank.net | Jun 23 2025 19:36:00 | Community Bank, PO Box 59, Forest, MS 39074-0059 |
| 5502974 | | EDI: IRS.COM | Jun 23 2025 23:37:00 | Department of Treasury-Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 5502975 | + | Email/Text: ebone.woods@usdoj.gov | Jun 23 2025 19:36:00 | Internal Revenue Service, c/o US Attorney, 501 East Court St, Ste 4.430, Jackson, MS 39201-5025 |
| 5502977 | | EDI: MSDOR | Jun 23 2025 23:37:00 | MS Dept of Revenue, Bankruptcy Section, PO Box 22808, Jackson, MS 39225-2808 |
| 5519622 | + | Email/Text: bankruptcy@discoverdsc.com | Jun 23 2025 19:36:00 | NextGear Capital, Inc., 11799 North College Avenue, Carmel, Indiana 46032-5605 |
| 5492335 | + | Email/Text: bankruptcy@discoverdsc.com | Jun 23 2025 19:36:00 | Nextgear Capital, Inc, 11799 N College Ave, Carmel, IN 46032-5605 |
| 5492337 | | Email/Text: bankruptcy@sequium.com | Jun 23 2025 19:36:00 | Sequium Asset Solution, 1130 N Chase Pkwy, Ste 150, Marietta, GA 30067 |
| 5492334 | | Email/Text: bankruptcy@sequium.com | Jun 23 2025 19:36:00 | Focus Receivables, 1130 Northchase PkwySe, Suite 150, Marietta, GA 30067 |
| 5492338 | | Email/Text: requestinfo@southernmanagementsystems.net | Jun 23 2025 19:36:00 | Southern Management, Attn: Bankruptcy, Po Box 149966, Orlando, FL 32814 |
| 5511265 | ^ | MEBN | Jun 23 2025 19:34:29 | TD Auto Finance, PO BOX 1931, Burlingame, CA 94011-1931 |
| 5492339 | + | EDI: LCITDAUTO | Jun 23 2025 23:37:00 | Td Auto Finance, Attn: Bankruptcy, Po Box 9223, Farmington Hills, MI 48333-9223 |

| District/off: 0538-3 | User: mssbad | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jun 23, 2025 | Form ID: ntcdsm | Total Noticed: 22 |

| | | | | |
|---|---|---|---|---|
| 5502976 | ^ | MEBN | Jun 23 2025 19:34:25 | US Attorney General, US Dept of Justice, 950 Pennsylvania AveNW, Washington, DC 20530-0001 |
| 5492340 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 23 2025 19:51:10 | Wells Fargo Bank NA, Attn: Bankruptcy, 1 Home Campus, Mac X2303-01a 3rd Fl, Des Moines, IA 50328-0001 |
| 5515117 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Jun 23 2025 19:51:10 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 5492341 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Jun 23 2025 19:51:11 | Wells Fargo Home, Attn: Bankruptcy Dept, Po Box 10335, Des Moines, IA 50306-0335 |

TOTAL: 17

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2025          Signature:          /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor U.S. Bank National Association  as Trustee for Credit Suisse First BostonMortgage Securities Corp., logsecf@logs.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Stephen Demetrous Robinson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Stephen Demetrous Robinson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

Form ntcdsm (Rev. 12/23)

## UNITED STATES BANKRUPTCY COURT
Southern District of Mississippi

Case No.: 25−00841−JAW
Chapter: 13

In re:
Stephen Demetrous Robinson
1641 Suzanna Dr
Raymond, MS 39154−7677

Last four digits of Social−Security or Individual Tax−Payer−Identification (ITIN) No(s)., (if any):
xxx−xx−1230

Employer Tax Identification No(s). (if any):

## Notice of Dismissal

You are hereby notified that an Order Dismissing the above case was entered on June 23, 2025.

Dated: 6/23/25

Danny L. Miller, Clerk of Court
Thad Cochran U.S. Courthouse
501 E. Court Street
Suite 2.300
Jackson, MS 39201
601−608−4600