United States Bankruptcy Court
Southern District of Mississippi

In re:  Case No. 25-00841-JAW
Stephen Demetrous Robinson  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-3 | User: mssbad | Page 1 of 1 |
| Date Rcvd: Jun 23, 2025 | Form ID: pdf012 | Total Noticed: 1 |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 25, 2025:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | Stephen Demetrous Robinson, 1641 Suzanna Dr, Raymond, MS 39154-7677 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).
NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 25, 2025      Signature:      /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 23, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Eric C Miller | on behalf of Creditor U.S. Bank National Association as Trustee for Credit Suisse First BostonMortgage Securities Corp., logsecf@logs.com |
| Jennifer A Curry Calvillo | on behalf of Debtor Stephen Demetrous Robinson jennifer@therollinsfirm.com jennifer.curry.ecf@gmail.com,CalvilloJR81745@notify.bestcase.com |
| Thomas Carl Rollins, Jr | on behalf of Debtor Stephen Demetrous Robinson trollins@therollinsfirm.com jennifer@therollinsfirm.com;trollins.therollinsfirm.com@recap.email;notices@therollinsfirm.com;kerri@therollinsfirm.com;breanne@therollinsfirm.com;TRollins@jubileebk.net;calvillojr81745@notify.bestcase.com |
| Torri Parker Martin | tpm@tpmartinch13.com  trusteeMSSB2H@ecf.epiqsystems.com |
| United States Trustee | USTPRegion05.JA.ECF@usdoj.gov |

TOTAL: 5

_____



**SO ORDERED,**

**Judge Jamie A. Wilson**
**United States Bankruptcy Judge**
**Date Signed: June 23, 2025**

The Order of the Court is set forth below. The docket reflects the date entered.
_____

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

IN RE:

STEPHEN DEMETROUS ROBINSON,                    CASE NO. 25-00841-JAW

    DEBTOR.                                                                    CHAPTER 13

**ORDER RESOLVING SHOW CAUSE ORDER AND**
**DISMISSING BANKRUPTCY CASE**

This matter came before the Court for hearing on June 23, 2025 (the "Show Cause Hearing"), on the Order to Show Cause (the "Show Cause Order") (Dkt. #26) issued to Stephen Demetrous Robinson (the "Debtor") and Thomas Carl Rollins, counsel for the Debtor, and Torri Parker Martin, the Chapter 13 Trustee, in the above-styled bankruptcy case (the "Bankruptcy Case") to appear and show cause why this case should not be dismissed for failure to attend the Section 341 Meeting scheduled for May 27, 2025 at 10:30 AM as required by 11 U.S.C. § 343. The Debtor did not appear at the Show Cause Hearing to respond to the Show Cause Order.

The Debtor filed a voluntary petition for relief pursuant to chapter 13 of the U.S. Bankruptcy Code (the "Petition") (Dkt. #1) on March 31, 2025. On April 25, 2025, the Chapter 13 Trustee filed a Notice of Chapter 13 Bankruptcy Case and Meeting of Creditors. (Dkt. #18). When the Debtor did not appear at the Meeting of Creditors (Dkt. #25), the Court entered the Show Cause

Order on May 27, 2025, and directed the Debtor to appear and show cause why the Bankruptcy Case should not be dismissed for failure to attend the Meeting of Creditors (Dkt. #26).

The Debtor did not appear at the Show Cause Hearing to explain why he did not attend the Meeting of Creditors. Accordingly, the Court finds that the Bankruptcy Case should be dismissed pursuant to the Show Cause Order.

IT IS, THEREFORE, ORDERED that the Bankruptcy Case is dismissed.

##END OF ORDER##